515

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64322.—Close and Stewart *v.* United States, protests 58/10089, etc. (Seattle).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64323.—John V. Carr & Son, Inc. *v.* United States, protests 59/6646, etc. (Detroit).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64324.—The A. W. Fenton Co., Inc. *v.* United States, protests 59/21321, etc. (Cleveland).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64325.—John V. Carr & Son, Inc. *v.* United States, protests 59/22468, etc. (Detroit).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64326.—C. J. Tower & Sons *v.* United States, protest 220481–K (Buffalo).